UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 15-3141-JVS (AS) | Date | July 31, 2015 |
|---|---|---|---|
| Title | *Charles Easter v. L. Sprague, D. Ralston, et al.* | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**       **Order to Show Cause Re. Lack of Prosecution**

On May 15, 2015, this Court dismissed Plaintiff's Complaint with leave to amend. (Docket Entry No. 5.) Plaintiff's First Amended Complaint ("FAC") was due no later than June 15, 2015. As of the date of this order, no FAC has been filed.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than Monday, August 31, 2015**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a FAC that cures the deficiencies in the last pleading, or by filing a declaration under penalty of perjury stating why Plaintiff is unable to do so.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |