UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES EASTER, | ) | NO. CV 15-3141-JVS (AS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| L. SPRAGUE, D. RALSTON, | .) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Defendants. | ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation are without merit and do not cause the Court to reconsider its decision to accept the Magistrate Judge's

conclusions and recommendations.  Accordingly, the Court accepts the findings, conclusions and  recommendations of the Magistrate Judge. Plaintiff's request to file an amended complaint is DENIED.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 6, 2016

/s/ James V. Selna

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE