# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EASTER,<br><br>        Plaintiff,<br><br>    v.<br><br>L. SPRAGUE, D. RALSTON,<br><br>        Defendants. | NO. CV 15-3141-JVS (AS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 6, 2016

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE